JOHN NALBANDIAN, Appellant, v. GRACE E. WRIGHT and Others, Respondents.

* Now Civ. Prac. Act, § 612.— [REP.

— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BESSIE REICH, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.